UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04974
   JAMES ANTHONY DOYLE
   LINDA RACHEL DOYLE                          CHAPTER 13

                               JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-6144    SSN XXX-XX-5035

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/20/2007 and was confirmed 06/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was completed - no discharge 11/06/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EASTERN SAVINGS BANK | CURRENT MORTG | 5426.98 | .00 | 5426.98 |
| EASTERN SAVINGS BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| FUTURE FINANCE | SECURED VEHIC | 8265.87 | 674.72 | 8265.87 |
| FUTURE FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED VEHIC | 3000.00 | 164.47 | 3000.00 |
| ADVENTIST HINSDALE HOSPI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADVOCATE MSO SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CASHMART | UNSEC W/INTER | 726.74 | 57.05 | 726.74 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 300.00 | 23.81 | 300.00 |
| ILLINOIS SECRETARY OF ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSEC W/INTER | 2510.66 | 197.06 | 2510.66 |
| DUPAGE PATHOLOGY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDWEST ORTHOPAEDIC CONS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | 1152.01 | 66.65 | 1152.01 |
| OAK LAWN RADIOLOGISTS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 978.81 | 76.84 | 978.81 |
| RJM AQUISITIONS FUNDING | UNSEC W/INTER | 14.44 | 1.50 | 14.44 |
| PETER FRANCIS GERACI | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 1,797.01 |
| DEBTOR REFUND | REFUND | | | 2,715.70 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 28,150.32 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 16,692.85 |
|    INTEREST | | 839.19 |
| UNSECURED | | 5,682.66 |

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04974 JAMES ANTHONY DOYLE & LINDA RACHEL DOYLE

```
        INTEREST                                          422.91
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                      1,797.01
DEBTOR REFUND                                             2,715.70
                         ---------------    ---------------
TOTALS                        28,150.32          28,150.32
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/03/09          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE